**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 02-6676**

―――――――――――

FELIX A. NEWBY,

                                    Plaintiff - Appellant,

        versus


N. FASTING, sued in their individual
capacities; E. ROUNTREE, sued in their
individual capacities; JANE DOE, sued in their
individual capacities; M. WICKIZER, sued in
their individual capacities; CARLOS WILLIAMS,
sued in their individual and official
capacities; RAJIV NANAVATY, sued in their
individual and official capacities; ALAN
TOWNE, sued in their individual and official
capacities; FRED LAINE, sued in their
individual and official capacities; WILLIAM
BROADDUS, sued in their individual and
official capacities; A. SPEER; E. BOAKYE;
CORRECTIONAL MEDICAL SERVICES; JOHN DOE, sued
in their individual capacities,

                                    Defendants - Appellees.


―――――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-01-1432-1)

―――――――――――

Submitted: September 23, 2002        Decided: October 8, 2002

―――――――――――

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

---

Felix A. Newby, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Felix A. Newby appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A (2000). We have reviewed the record and the district court's opinion and find no reversible error. Even if Defendant Jane Doe's actions amounted to deliberate indifference, Newby has failed to show that her actions resulted in an injury of sufficient seriousness to warrant relief. See Farmer v. Brennan, 511 U.S. 825, 834 (1994). Accordingly, we affirm substantially on the reasoning of the district court. See Newby v. Fasting, No. CA-01-1432-1 (E.D. Va. filed Mar. 27, 2002; entered Mar. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED